**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS FABIAN MENDOZA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-3860** |
| | : | |
| **J.L. JAMISON, ACT FIELD OFF** | : | |
| **DIRECT JOHN R. RIFE, SECRETARY** | : | |
| **MARKWAYNE MULLIN, ACTING** | : | |
| **ATTORNEY GEN. TODD BLANCHE,** | : | |
| **U.S. DEPARTMENT OF HOMELAND** | : | |
| **SECURITY, EXECUTIVE OFFICE OF** | : | |
| **IMMIGRATION REVIEW** | : | |

## <u>ORDER</u>

**AND NOW**, this 11th day of June 2026, upon considering an incarcerated man's Petition for habeas corpus (ECF 1) seeking release from custody at the Federal Detention Center Philadelphia, the United States' timely Response (ECF 5), mindful of the exigent circumstances surrounding Petitioner's detention, and for good cause, it is **ORDERED** we grant Petitioner leave to respond to the United States' Response (ECF 5) on or before **June 16, 2026**.

_____
**KEARNEY, J.**